UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JOHN LAPLANTE,

      Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.

Case No. 23-cv-342

## COMPLAINT

NOW COMES the Plaintiff, John Laplante, by and through his attorneys, DeLadurantey Law Office, LLC and complains of Defendant Experian Information Solutions, Inc., and alleges to the best of his knowledge, information and belief formed after an inquiry reasonable under the circumstances, the following:

### INTRODUCTION

### Nature of the Action

1. This lawsuit arises from the incorrect credit reporting of the Defendant.

2. Causes of Action herein are brought under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA").

### Jurisdiction and Venue

3. Jurisdiction of this Court arises under 28 U.S.C. § 1331, because the case arises under the laws of the United States.

4. This Court also has jurisdiction under 15 U.S.C. § 1681(p) as it is an action to enforce liability created by the FCRA within two years from the date on which the violation occurred.

5. Venue in this Court is appropriate pursuant to 28 U.S.C. § 1391(b)(2), because this is where the acts giving rise to the claim occurred.

6. Under 28 U.S.C. § 1391(c), a defendant corporation shall be deemed to reside in any judicial district in which it is subject to personal jurisdiction. Defendant is subject to personal jurisdiction in Wisconsin, since they do business in Wisconsin.

## Parties

7. Plaintiff John Laplante (hereinafter "Plaintiff") is a natural person who resides in the County of Milwaukee, State of Wisconsin.

8. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c) of the Act.

9. Defendant Experian Information Solutions, Inc. ("Defendant Experian") is a foreign corporation with a principal office of 475 Anton Blvd., Costa Mesa, CA 92626, and a registered agent of CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, WI 53703.

10. Defendant Experian Information Solutions, Inc. is a "consumer credit reporting agency," as defined by 15 U.S.C. § 1681a(f) of the Act, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing "consumer reports," as defined in 15 U.S.C. § 1681a(d), to third parties.

11. The credit reports that are the subject of this action were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

## BACKGROUND

12. In 2022, Plaintiff obtained copies of his credit reports.

13. He discovered that Defendant Experian was incorrectly reporting a number of accounts with balances due.

14. These accounts being reported with balances had previously been discharged in Plaintiff's Chapter 7 Bankruptcy (E.D. Wisconsin Case No. 19BK26183).

15. Upon making this discovery, Plaintiff submitted written disputes to Defendant Experian in January, 2023, indicating that various accounts were included in his bankruptcy and should not have a balance listed as due and owing.

16. After the disputes, Defendant Experian has allowed the open balances to remain on Plaintiff's credit report.

17. The presence of the derogatory and false credit reporting suppressed and lowered Plaintiff's credit score, and as a result, the Plaintiff has been denied multiple credit applications.

18. Because Defendant Experian allowed the erroneous information to remain on the Plaintiff's credit file, the Plaintiff has suffered negative financial, emotional, and credit damages.

## **Count 1 – Violations of the FCRA (15 U.S.C. §1681, *et seq.*)**

19. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20. Defendant Experian has a duty, whenever it prepares a consumer report, to "follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates." 15 U.S.C. § 1681e(b).

21. Defendant Experian prepared, compiled, issued, assembled, and communicated inaccurate, erroneous, and blatantly false consumer information regarding Plaintiff.

22. Defendant Experian violated 15 U.S.C. § 1681e and 15 U.S.C. § 1681i by failing to follow reasonable procedures to assure maximum possible accuracy of the Plaintiffs' consumer credit files, by falsely reporting a balance due, and by failing to conduct a reasonable reinvestigation with respect to the information provided by Plaintiff. This includes their failure to conduct a reasonable reinvestigation into the dispute of Plaintiff.

23. As a result of Defendant Experian's violations of 15 U.S.C. §§ 1681e(b) and 1681i, Plaintiff has suffered negative financial, emotional distress, and credit damages in an amount to be determined at trial.

24. Defendant Experian's conduct, actions and inaction, were willful, rendering it liable for damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

25. Alternatively, Defendant Experian's violations were negligent, rendering it liable for damages under § 1681o of the Act.

**Trial by Jury**

Plaintiff is entitled to, and hereby respectfully demands a trial by jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Court will enter judgment against Defendant as follows:

- A. For an award of actual damages pursuant to 15 U.S.C. §§ 1681n(a)(1)(A) and 1682o(a)(1) for Plaintiff;
- B. Statutory and punitive damages pursuant to 15 U.S.C. § 1681n(a) for Plaintiff;
- C. Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1681n(a)(3) and 1681o(a)(2); and
- D. For such other and further relief as may be just and proper.

Dated this 15th day of March, 2023.

                s/ Nathan E. DeLadurantey
                Nathan E. DeLadurantey, 1063937
                DELADURANTEY LAW OFFICE, LLC
                330 S. Executive Drive, Suite 109
                Brookfield, WI 53005
                (414) 377-0515
                E: nathan@dela-law.com

                *Attorney for the Plaintiff*